UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
In Re:                                                                  Case No.: 13-23680 (RDD)
                                                                           Chapter   13

        Kathleen O'Connor,

                        Debtor.
----------------------------------------------------X

## ORDER CONTINUING THE AUTOMATIC STAY

        Upon the timely motion, dated October 3, 2013 (the "Motion"), of the above-captioned debtor (the "Debtor") for an order pursuant to 11 USC 362(c)(3)(B) extending the automatic stay under 11 U.S.C. § 362(a) as to all creditors from and after the 30th day after the commencement of this case; and it appearing that due and proper notice of the Motion and the hearing thereon was provided; and upon the record of the hearing held by this Court on the Motion on November 5, 2013; and there being no objections to the requested relief; and, after due deliberation, the Court having found and concluded that there has been a substantial change in the Debtor's financial and personal affairs since dismissal of her previous case under the Bankruptcy Code and that the present case has been filed in good faith; now, therefore, sufficient cause appearing, it is hereby ORDERED that:

1. The Motion is granted;

2. The automatic stay under 11 U.S.C. 362(a) shall continue in this case as to all creditors, without interruption, subject to further order of the Court.


Dated: White Plains, New York
           November 12, 2013

                                                                                /s/:Robert  D. Drain
                                                                                Hon. Robert D. Drain
                                                                                United States Bankruptcy Judge